UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARYANN LAIRD,                                    :
                                                  :
     Plaintiff                                    :    Civil Action
                                                  :    No. 04-11040-GAO
v.                                                :
                                                  :
INDEVUS PHARMACEUTICALS, INC., F/K/A              :
INTERNEURON PHARMACEUTICALS, INC.;                :
WYETH, INC., F/K/A AMERICAN HOME                  :
PRODUCTS CORPORATION; WYETH                       :
PHARMACEUTICALS, INC F/K/A WYETH-                 :
AYERST PHARMACEUTICALS, INC., A                   :
DIVISION OF AMERICAN HOME PRODUCTS                :
CORPORATION; AND BOEHRINGER                       :
INGELHEIM PHARMACEUTICALS, INC.,                  :
                                                  :
     Defendants                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004  Respectfully submitted,
       Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:  One Beacon Street
Barbara Wrubel  Boston, Massachusetts 02108
Katherine Armstrong  (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000  Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.