UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARYANN LAIRD,                                     :
                                                   :
    Plaintiff,                                     :     Civil Action
v.                                                 :     No. 04-11040-GAO
                                                   :
INDEVUS PHARMACEUTICALS, INC., F/K/A               :
INTERNEURON PHARMACEUTICALS, INC.;                 :
WYETH, INC., F/K/A AMERICAN HOME                   :
PRODUCTS CORPORATION; WYETH                        :
PHARMACEUTICALS, INC F/K/A WYETH-                  :
AYERST PHARMACEUTICALS, INC., A                    :
DIVISION OF AMERICAN HOME PRODUCTS                 :
CORPORATION; AND BOEHRINGER                        :
INGELHEIM PHARMACEUTICALS, INC.,                   :
                                                   :
    Defendants.                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: August 9, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant,<br>Indevus Pharmaceuticals, Inc. |